IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-04337 |
| BLUE MAGNOLIA PROPERTIES LLC, ) | |
| ) | |
| Defendant. ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIK GARCIA and Defendant, BLUE MAGNOLIA PROPERTIES LLC, by and

through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with

prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 10th day of March 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s   Michael S. Orr*_____

Michael S. Orr, Esq.
Texas Bar No. 196844
Call & Jensen
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
Email:  msoor@calljensen.com


Attorney for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March 2025, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.


/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479